Form B6 SUM (12/07)

**UNITED STATES BANKRUPTCY COURT** SOUTHERN **DISTRICT OF** New York

In re: Beach Avenue Properties, Inc.

Debtor(s) Case No.
Chapter

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 2100000.00 | | |
| B - Personal Property | x | 5 | 0.00 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 1495000.00 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 3280.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 1 | | 27,552.00 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I - Current Income of Individual Debtor(s) | x | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 0.00 |
| Total Number of Sheets of All Schedules | | 14 | | | |
| Total Assets | | | 2100000.00 | | |
| Total Liabilities | | | | 1525832.00 | |



Form B6, S2, (12/07)        **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# United States Bankruptcy Court
### SOUTHERN District Of New York

In re: Beach Avenue Properties, Inc.                Debtor(s)

Case No.

Chapter 11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ NA |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ NA |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ NA |
| Student Loan Obligations (from Schedule F) | $ NA |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ NA |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ NA |
| TOTAL | $ NA |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I Line 16) | $ NA |
| Average Expences (from Schedule J, Line 18) | $ NA |
| Current Monthly Income (from Form 22A Line 12; **OR** Form 22B Line 11; **OR,** Form 22C Line 20) | $ NA |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "Unsecured Portion, IF ANY" column | ///// | $ NA |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY, IF ANY" column | $ NA | ///// |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | ///// | $ NA |
| 4. Total from Schedule F | ///// | $ NA |
| 5. Total from non-priority unsecured debt (sum of 1, 3, and 4) | ///// | $ NA |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**



**Form B6 A  (12/07)**        **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Beach Avenue Properties, Inc.                     Debtor(s)   Case No.                  (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Apartment building 1472 Beach Ave, Bronx, NY 10463; Block 3899, Lot 28. | Owner | | 2,100,000.00 | 1,495,000.00 |

Total -> $2,100,000.00  (Report also on Summary of Schedules)

**Form B6 B (12/07)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  Beach Avenue Properties, Inc.                              Debtor(s)    Case No.                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | николоNONE | DESCRIPTION AND LOCATION OF PROPERTY | WHJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | x | | | |
| 02 Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | x | | | |
| 03 Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04 Household goods and furnishings including audio video and computer equipment. | x | | | |
| 05 Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |
| 06 Wearing apparel. | x | | | |
| 07 Furs and jewelry. | x | | | |
| 08 Firearms and sports photographic and other hobby equipment. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    0.00

_____ Continuation sheets attached

**Form B6 B (12/07)** Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Beach Avenue Properties, Inc.　　　　　Debtor(s)　　Case No.　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | WHJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 09 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10 Annuities. Itemize and name each issuer. | x | | | |
| 11 Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12 Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14 Interest in partnerships or joint ventures. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)　Total ->　0.00

_____ Continuation sheets attached

**Form B6 B (12/07)**   Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Beach Avenue Properties, Inc.                    Debtor(s)    Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15  Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16  Accounts receivable. | x | | | |
| 17  Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18  Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19  Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |
| 20  Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   0.00

_____ Continuation sheets attached

Form B6 B  (12/07)    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Beach Avenue Properties, Inc.    Debtor(s)    Case No.    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21  Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22  Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23  Licenses franchises and other general intangible. Give particulars. | x | | | |
| 24  Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |
| 25  Automobiles trucks trailers and other vehicles and accessories. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    0.00

_____ Continuation sheets attached

Form B6 B (12/07)    **Blumberg** Excelsior, Inc., Publisher, NYC 10013

In re: Beach Avenue Properties, Inc.     Debtor(s)    Case No.     (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | x | | | |
| 29 Machinery fixtures equipment and supplies used in business. | x | | | |
| 30 Inventory. | x | | | |
| 31 Animals. | x | | | |
| 32 Crops-growing or harvested. Give particulars. | x | | | |
| 33 Farming equipment and implements. | x | | | |
| 34 Farm supplies chemicals and feed. | x | | | |
| 35 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    0.00

_____ Continuation sheets attached

**Form B6 C (04/10)**

In re: Beach Avenue Properties, Inc.                                    Debtor(s)    Case No.                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor claims the exemptions to which debtor is entitled under:**           ☐ Check if debtor claims a homestead exemption that exceeds $146,450

☐ 11 U.S.C. § 522(b)(2)

☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
|  |  |  |  |

Form B6 D (12/07) Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Beach Avenue Properties, Inc.  Debtor(s)  Case No.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # <br> 1472 Beach Debt LLC <br> 1472 Beach Debt LLC <br> 40 Rector Street, Suite 15 <br> New York, New York 10006 | | | VALUE $ 2,100,000.00 <br> March 7, 2007; mortgage | 1,495,000.00 | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| | | | Subtotal -> (Total of this page) | 1,495,000.00 | 0.00 | |
| | | | Total -> | 1,495,000.00 | 0.00 | |

___ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

(If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6 E (04/10)

In re: Beach Avenue Properties, Inc.                Debtor(s)    Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $11,725 per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $5775 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2425 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

☐ **Alimony, Maintenance, or Support**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative od such child, or a governmental unit whom such a domestic support claim was assigned to the extent provided in U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(8)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol, a drug, or another substance 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMT NOT ENTITLED TO PRIORITY, IF ANY | C U D * |
|---|---|---|---|---|---|---|---|
| A/C# 53660/10<br>NYC Department of Housing<br>NYC Department of Housing<br>100 Gold Street<br>New York, NY 10038 | | | March, 2011 | 3,280.00 | 3,280.00 | | |
| | | | Total -> | | | | |
| | | | Total -> | | | | |

Continuation Sheets attached.

Subtotal -> (Total of this page)    3,280.00    0.00

(Use only on last page of the completed Schedule E.
(Report total also on Summary of Schedules.)    Total ->    3,280.00    3,280.00    0.00

(Use only on last page of the completed Schedule E.)    Total ->    3,280.00
If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)



Form B6 F (12/07)                    Blumberg Excelsior, Inc., Publisher, NYC 10013

**In re:** Beach Avenue Properties, Inc.                    **Debtor(s)**    **Case No.**                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 0015<br>Alliance One<br>4850 Street Rd., Suite 30<br>Trevose, PA 19053 | | | Before October 14, 2011 | | 489.00 |
| Almeida Oil Company<br>Almeida Oil Company<br>PO Box 660<br>Mount Kisco, NY 10583 | | | 2009 | | 8,281.00 |
| 012-0<br>Con Edison<br>Con Edison<br>Cooper Station<br>P.O. Box 138<br>New York, NY 10276-0138 | | | Owed after receiver takeover | | 1,543.00 |
| GE Capital - PC Richard<br>GE Capital<br>PO BOX 960061<br>Orlando, FL 32896-0061 | | | 2010- purchase of appliances | | 2,936.00 |
| 998<br>Seven Star Fuel Oil<br>Seven Star Fuel Oil<br>1608 Zerega Avenue<br>Bronx, NY 10462-5493 | | | 2010 | | 11,035.00 |
| Steven Zalewski, Esq.<br>305 Broadway, Suite 1101<br>New York, New York 10007 | | | August, 2011 | | 3,268.00 |

_____ continuation sheets attached.

Subtotal $ 27,552.00

Total $ 27,552.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 G (12/07)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Beach Avenue Properties, Inc.                         Debtor(s)   Case No.                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Various Tenant-Residential Leases<br>1472 Beach Avenue<br>Bronx, NY 10460<br>Additional information, if required will be provided. | Leases for Residential Apartments |

**Form B6 H (12/07)**

In re:  Beach Avenue Properties, Inc.                              Debtor(s)  Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |